## United Paperboard Company *v.* Muncie Steel Supply Company.

[No. 12,430.   Filed March 31, 1926.]

Appeal.—*Appellant's brief must contain motion for new trial in order to present any question as to ruling thereon.*—Where the only error assigned is overruling the motion for a new trial, no question is presented for review when the motion is not set out in appellant's brief.

From Wabash Circuit Court; *Frank O. Switzer,* Judge.

Action between the United Paperboard Company and the Muncie Steel Supply Company. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*D. F. Brooks*, for appellant.

*Alfred H. Plummer* and *Franklin W. Plummer*, for appellee.

NICHOLS, C. J.—The only question which appellant seeks to present is that the court erred in overruling its motion for a new trial. But no motion is set out in appellant's brief. No question is presented. *White* v. *State* (1915), 182 Ind. 686, 107 N. E. 674; *Farmers, etc., Co.* v. *Duncan* (1917), 187 Ind. 658, 116 N. E. 420.

Appellant's attention is also directed to §725 Burns 1926, §700 Burns 1914.

Judgment affirmed.